# UNITED STATES DISTRICT COURT
## District of Minnesota

Abdirashid Hirsi Mohamed,

**JUDGMENT IN A CIVIL CASE**

Petitioner,

v.

Case Number: 25-cv-4779 JRT/EMB

Kristi Noem, Todd M. Lyons, Peter Berg,
Samuel J. Olson, Joel Brott,

Respondents.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner Abdirashid H. M. having been awarded a bond hearing, as required by the Court's previous order [8], and no requests for redaction having been filed in the designated period, the Clerk of Court is directed to: 1. Designate the Court's previous order [8] as accessible to case parties and public court terminals, and 2. Close this matter.

Date: 1/17/2026

KATE M. FOGARTY, CLERK